No. 68767.—Naftone, Inc. v. United States, protests 59/27626 and 59/28856 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items in question, designated on the invoices as additives V, F, and N, are derived from coal-tar and are resin-like products in appearance and characteristics, the claim of the plaintiff was sustained.

No. 68768.—Naftone International Corp. v. United States, protest 60/12279 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items in question, designated on the invoice as additives V and F, are derived from coal-tar and are synthetic phenolic resin-like products, the claim of the plaintif was sustained.

No. 68769.—Charles Bruning Co., Inc. v. United States, protests 61/16797, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items of merchandise are, in fact, Azo salts, the claim of the plaintiff was sustained.